A 245 D (Rev. DC 02/06) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.                                                                          Case Number    CR 07-348

JOSEPH ANTHONY COVELLI

**FILED**

NOV 23 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation
(For Offenses Committed On or After November 1, 1987)

The defendant,  JOSEPH ANTHONY COVELLI                , was represented by  Leslie Gordon

It appearing that the defendant, who was sentenced on  04/16/2008      in the above styled cause and was placed on Probation, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this  23rd  day of November, 2009      that the Probation Supervision of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

TEN (10) MONTHS OF INCARCERATION on violations of supervision.

No further Supervised Release imposed after incarceration.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons upon notification by the United States Marshal.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this  23rd  day of  November   20 09

*[signature]*
Chief Judge Royce C. Lamberth, U.S. District Court Judge